UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DAVID WINNINGHAM | Case No.: 4:11-CV-055 RLY-WGH |
| Plaintiff | **ELECTRONICALLY FILED** |
| vs. | **AGREED ORDER OF DISMISSAL** |
| AMERICAN ELECTRIC POWER | |
| Defendant | |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), and upon agreement of the Parties, Plaintiff, David Winningham, and Defendant, American Electric Power, by and through their respective counsel, and the Court in all ways being sufficiently advised;

**IT IS HEREBY ORDERED** that the within action is dismissed with prejudice with each party to bear its own costs.

07/23/2012

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

HAVE SEEN AND AGREED THIS 20TH DAY OF JULY, 2012.

/s/ Kenneth W. Scott
Kenneth W. Scott, Esq.
J. Mark Kenyon, Esq.
7415 Burlington Pike
P. O. Box 1178
Florence, KY  41022-1178
Attorneys for Plaintiff

/s/  Douglas B. Bates per authorization
Karen M. Paulin, Esq.
Douglas B. Bates, Esq.
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202
Attorneys for Defendant

Distribution List:

Karen M. Paulin, Esq.
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202

Douglas B. Bates, Esq.
STITES & HARBISON, PLLC
323 East Court Avenue
Jeffersonville, IN  47130

Kenneth W. Scott, Esq.
J. Mark Kenyon, Esq.
7415 Burlington Pike
PO box 1178
Florence, KY  41022-1178